JS - 6

1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Chief, Civil Division
3  Assistant United States Attorney
   MARCUS M. KERNER, SBN 107104
4  Assistant United States Attorney
       411 West Fourth Street, Suite 8000
5      Santa Ana, CA 92701
       Telephone: (714) 338-3532
6      Facsimile: (714) 338-3523
       E-mail   : marcus.kerner@usdoj.gov
7
8  Attorneys for Respondents
9
10                    UNITED STATES DISTRICT COURT
11                   CENTRAL DISTRICT OF CALIFORNIA
12                         WESTERN DIVISION
13
   SHADI KANIFATI,                )   Case No. CV 07-04362-MMM (AN)
14                                 )
            Petitioner,             )          [PROPOSED ORDER]
15                                 )
      v.                           )   GRANTING STIPULATION TO
16                                 )   DISMISS ENTIRE ACTION AND FOR
   JAMES T. CONWAY, Commandant of)  THE COURT TO RETAIN
17 the United States Marine        )   JURISDICTION PENDING
   Corps, JAMES L. WILLIAMS,       )   COMPLETION OF PETITIONER'S
18 Commanding General, 4th Marine  )   DISCHARGE PROCESSING
   Division; PAUL J. O'LEARY,      )
19 Commanding Officer, 14th        )
   Marine Regiment,                )
20                                 )
            Respondents.           )
21 _____
22
23    GOOD CAUSE HAVING BEEN SHOWN, the Court approves the parties
24 stipulation to dismiss the entire action, each side to bear their
25 own costs and attorneys fees.  The Court will retain jurisdiction
26 over the case while the Marine Corps completes the administrative
27 processing of the petitioner's discharge. The parties shall file
28 a Rule 41(a)(1)(ii) stipulation to dismiss the entire

-1-

-2-

action with prejudice, along with a proposed final order of dismissal, which will consummate and complete the terms of the approved stipulation.  Said Rule 41 stipulation and proposed order to be E-filed within ten days of receiving written confirmation of the completion of the petitioner's discharge from the Marine Corps.

Dat:   August 21, 2008

_Margaret M. Morrow_
UNITED STATES DISTRICT JUDGE